### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARA APRAHAMIAN,<br><br>                Plaintiff,<br><br>vs.<br><br>SANDOZ, INC., *et al.*,<br><br>                Defendants. | No. 7:24-CV-09045-NSR<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that David Max of Kasowitz Benson Torres LLP, with offices located at 1633 Broadway, New York, New York 10019, hereby appears on behalf of Defendant Teva Pharmaceuticals USA, Inc. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: April 28, 2025

                                        Respectfully submitted,

                                        KASOWITZ BENSON TORRES LLP

                                        By: */s/ David Max*
                                               David Max
                                               1633 Broadway
                                               New York, New York 10019
                                               (212) 506-1700
                                               dmax@kasowitz.com

                                               *Counsel for Defendant Teva*
                                               *Pharmaceuticals USA, Inc.*