**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARA APRAHAMIAN, | No. 7:24-CV-09045-NSR |
| Plaintiff, | **NOTICE OF MOTION** |
| vs. | |
| SANDOZ, INC., *et al.*, | |
| Defendants. | |

**PLEASE TAKE NOTICE THAT**, upon the Memorandum of Law in Support, and upon all papers and proceedings herein, Defendant Teva Pharmaceuticals USA, Inc., by and through its undersigned counsel, hereby move this Court, before the Honorable Nelson S. Román, at the United States Courthouse for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4150, as soon as counsel may be heard, for an order (i) dismissing Plaintiff Ara Aprahamian's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and (ii) granting further relief as the Court may deem just and proper.

Dated: April 28, 2025

KASOWITZ BENSON TORRES LLP

By: */s/ Sheron Korpus*
Sheron Korpus
Seth A. Moskowitz
David Max
1633 Broadway
New York, New York 10019
(212) 506-1700
skorpus@kasowitz.com
smoskowitz@kasowitz.com
dmax@kasowitz.com

*Attorneys for Defendant Teva*
*Pharmaceuticals USA, Inc.*